```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 29948
   JUANA L ABU RAYAN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-5122

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/04/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED         656.40          .00           .00
CITI RESIDENTIAL LENDING   SECURED NOT I       .00           .00           .00
PRO SE DEBTOR              DEBTOR ATTY         .00                         .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------      --------------
TOTALS                       .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/05/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```